## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **MICHAEL W. COTTEN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **TEMPLE COLLEGE, CHRISTINA** | § | **Civil Action No. 6:24-CV-00230-ADA-JCM** |
| **PONCE, IN HER OFFICIAL** | § | |
| **CAPACITY, JOHN STEVENS, IN HIS** | § | |
| **OFFICIAL CAPACITY, AND JAMIE** | § | |
| **ARNOLD, IN HER OFFICIAL** | § | |
| **CAPACITY,** | § | |
| **Defendants.** | § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Notice is given that Stephen D. Henninger is leaving his employment at Fanning, Harper, Martinson, Brandt, and Kutchin, P.C. and is hereby withdrawing his appearance as co-counsel on behalf of Defendants.

Defendants will now be represented by Thomas P. Brandt, listed below and as indicated in Mr. Brandt's Notice of Attorney Appearance and Designation of Lead Counsel on file in this matter.

Respectfully submitted,

**FANNING, HARPER, MARTINSON
BRANDT & KUTCHIN, P.C.**

By:    */s/ Stephen D. Henninger*
       **STEPHEN D. HENNINGER**
       State Bar No. 00784256
       shenninger@fhmbk.com
       **THOMAS P. BRANDT**
       State Bar No.02883500
       tbrandt@fhmbk.com
       One Glen Lakes
       8140 Walnut Hill Lane, Suite 200
       Dallas, Texas 75231

(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANTS**


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 11, 2025, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

*/s/ Stephen D. Henninger*
**STEPHEN D. HENNINGER**